1  **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   CR-11-8173-01-PCT-NVW
                                           )
10              Plaintiff,                  )
                                           )   **ORDER OF DETENTION**
11  vs.                                    )
                                           )
12  Michael Earl Yellow,                   )
                                           )
13              Defendant.                 )
                                           )
14  _____      )

15        A detention hearing on the Petition on Supervised Release were held on February 17,

16  2016.

17        The Court Finds that the Defendant has knowingly, intelligently, and voluntarily

18  waived his right to a detention hearing and has consented to the issue of detention being

19  made based upon the allegations in the Petition.

20        The Court Further Finds that the Defendant has failed to sustain his burden of proof

21  by clear and convincing evidence pursuant to Rule 32.1(a)(6),  FED.R.CRIM.P., that he is

22  not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

23        IT IS ORDERED that the Defendant shall be detained pending further order of the

24  court.

25        DATED this 22nd day of February, 2016.

26

27  _____
                  John Z. Boyle
28            United States Magistrate Judge